UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ENRIQUEZ, et al., ) | 1:04-CV-6387-REC-SMS |
| ) | |
| Plaintiffs, ) | ORDER VACATING HEARING ON THE |
| v. ) | MOTION OF STEPHEN P. COLLETTE AND |
| ) | ASSOCIATES TO WITHDRAW AS COUNSEL |
| CALIFORNIA DEPARTMENT OF ) | OF RECORD FOR PLAINTIFFS (DOC. |
| CORRECTIONS, et al., ) | 27) |
| ) | **Vacated Hearing Date:** |
| Defendants. ) | **April 27, 2006** |
| ) | |
| ) | ORDER DEEMING MOTION SUBMITTED TO |
| | THE COURT FOR DECISION |

Plaintiff Angela Enriquez is proceeding on her own behalf and on behalf of the estate of Alejandro Enriquez, her son, with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiff's counsel to withdraw as Plaintiff's attorney is a matter that may appropriately be submitted upon the record and briefs.

Accordingly, the hearing on the motion, presently set for April 27, 2006, IS VACATED, and the motion IS DEEMED SUBMITTED to

1

1 the Court for decision.

2 IT IS SO ORDERED.

3 **Dated:   April 18, 2006**                             **/s/ Sandra M. Snyder**
icido3                                                  UNITED STATES MAGISTRATE JUDGE