1
2
3
4            IN THE UNITED STATES DISTRICT COURT
5           FOR THE EASTERN DISTRICT OF CALIFORNIA
6                      FRESNO DIVISION
7

| | |
|---|---|
| 8 **ANGELA ENRIQUEZ,on her own behalf and on behalf of THE ESTATE OF ALEJANDRO ENRIQUEZ,** | 1:04-CV-6387 REC SMS |
| | **ORDER AFTER HEARING GRANTING DEFENDANTS' REQUEST TO EXTEND THE TIME FOR DISCOVERY AND EXPERT REPORTS DISCLOSURE; PAYMENT OF SANCTIONS** |
| 10                                 Plaintiff, | |
| 11 **v.** | |
| 12 **DEPARTMENT OF CORRECTIONS, et al.,** | |
| 13                                 Defendants. | |

14

15        Defendants' motion to compel Plaintiff's deposition and request for sanctions, having

16   been properly noticed, was heard on June 2, 2006 at 9:30 a.m. before the Honorable Magistrate

17   Judge Sandra M. Snyder.  Supervising Deputy Attorney General Monica N. Anderson appeared

18   on behalf of Defendants.  Plaintiff failed to appear at the hearing.

19        Defendants requested that the discovery deadline be extended for the sole purpose of

20   taking Plaintiff's deposition and the time to produce expert reports be extended from the

21   completion of the deposition.  At the hearing, Defendants also requested that the dispositive

22   motion deadline be extended until Plaintiff's deposition has been completed.  Good cause

23   appearing, it is hereby ordered:

24        1. The discovery deadline is extended to July 14, 2006, for the sole purpose of

25   completing Plaintiff's deposition.  Plaintiff must appear and participate in a deposition by July

26   14, 2006.

27        2. Expert reports must be produced by October 2, 2006.

28        3.  Dispositive motions must be filed no later than January 31, 2007.

1

1    Also, as a result of Plaintiff's failure to appear at her properly noticed deposition on

2  March 20, 2006,  Plaintiff is ordered to pay sanctions in the amount of $636.50.  Plaintiff is also

3  informed by this order that her failure to appear or participate in the next scheduled deposition

4  may result in additional sanctions, including dismissal of this case.

5

6

7
   IT IS SO ORDERED.
8
   **Dated:    June 6, 2006**                              **/s/ Sandra M. Snyder**
9  icido3                                              UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28